IN THE
TENTH COURT OF APPEALS



No. 10-19-00026-CV

HANI AL-WAHBAN, OMAR AL-WAHBAN,
AND MUSTAFA AL-WAHBAN,

                                                  **Appellants**

 v.

YOUSUF HAMDAN, INDIVIDUALLY
AND DERIVATIVELY AS A SHAREHOLDER
OF HANIS TEXAS TIRES 19, INC., D/B/A
TEXAS TIRES OF WACO,

                                                  **Appellees**

From the 414th District Court
McLennan County, Texas
Trial Court No. 2018-4322-5

## ORDER

      Appellants' Motion to Extend Time to File Notice of Accelerated Appeal was filed on January 24, 2019. In the motion, appellants assert that the trial court issued an appealable order on December 27, 2018, but that due to the holidays and other circumstances, appellants did not timely file a notice of appeal. Appellants also assert that a notice of appeal was filed with the trial court on January 22, 2019, and attached a

copy of the notice.  Appellants therefore request an extension of time to file the notice of appeal.

Because the notice of appeal and the motion for extension of time were filed in the proper locations within 15 days after the date of the deadline for filing the notice of appeal, appellants' motion is granted.  *See* TEX. R. APP. P. 26.3.

Accordingly, the time for filing appellants' notice of appeal is extended and the notice of appeal was timely filed with the trial court on January 22, 2019.

PER CURIAM

Before Chief Justice Gray, and
      Justice Davis
Motion granted
Order issued and filed January 30, 2019

